## (January 13, 1954.)

■

In the Matter of WALTER CENTNER et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, without costs. Memorandum: While we are not passing upon the question as to whether this is a violation of the Penal Law, we feel compelled to follow the decision in *Matter of Katz's Delicatessen* v. *O'Connell*

(302 N. Y. 286). All concur. (Review of a determination of the State Liquor Authority suspending petitioners' liquor license.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.